UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAB K. BEYDOUN,<br><br>   Plaintiff,<br><br>   v.<br><br>MUBADALA INVESTMENT COMPANY, et al.,<br><br>   Defendants. | Case No. 24-cv-00200-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 4 |

On January 10, 2024, Plaintiff filed this civil action and application to proceed *in forma pauperis*. (Dkt. Nos. 1, 2.) On January 18, 2024, the Court denied Plaintiff's IFP application and Plaintiff was ordered to pay the $402 filing fee in two installments. (Dkt. No. 4 at 1.) The first partial payment of $202 was due on March 1, 2024. (*Id.*) The remaining balance was due on May 1, 2024. (*Id.*) To date, the filing fee has not been paid.

Accordingly, the Court ORDERS Plaintiff to show cause, by **June 28, 2024**, why the case should not be dismissed for failure to pay the filing fee. Failure to respond to the order to show cause or pay the filing fee by the **June 28, 2024** deadline will result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed.

Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment. Plaintiff may also wish to consult the manual the Court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at:

///

///

///

1  https://www.cand.uscourts.gov/pro-se-litigants.

2          IT IS SO ORDERED.

3  Dated: May 30, 2024

4  _____
   KANDIS A. WESTMORE
5  United States Magistrate Judge

United States District Court
Northern District of California

2