UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAB K. BEYDOUN,<br><br>        Plaintiff,<br><br>    v.<br><br>MUBADALA INVESTMENT COMPANY, et al.,<br><br>        Defendants. | Case No. 24-cv-00200-JST<br><br>**ORDER TO SHOW CAUSE RE: SERVICE** |

This case was filed on January 10, 2024. As of the date of this order, the docket reflects no evidence that the summons and complaint have been served on the defendant.

Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

232 days have now passed since the filing of the complaint. Plaintiff is therefore ordered to show cause why this case should not be dismissed for failure to serve. A written response to this order is due by September 27, 2024. The Court will conduct a hearing on the order to show cause on October 8, 2024, at 2:00 p.m.

/ / /

/ / /

/ / /

/ / /

If Plaintiff's written response to the order to show cause is accompanied by satisfactory evidence that the summons and complaint have been served, the order to show cause will be withdrawn.

**IT IS SO ORDERED.**

Dated: September 3, 2024



JON S. TIGAR
United States District Judge